## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE: <u>ORGANOGENESIS, INC.</u>

BANKRUPTCY APPEAL

CIVIL ACTION NO. <u>03-12311-GAO</u>

<u>O R D E R</u>

<u>        O'TOOLE          D. J.</u>

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on <u>11/25/03</u>,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before <u>5/21/04</u> and the Appellee's brief shall be filed on or before <u>6/11/04</u>. The Appellant may file and serve a reply brief on or before <u>6/25/04</u>.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

<u> 4/27/04                            </u>
     Date

**PAUL S. LYNESS**
**Deputy Clerk**

(BKAppeal Bro.wpd - 12/98)
   [bro.]