FILED
IN CLERKS OFFICE

2004 MAY 21  P 4: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:  )
  )
  ) Bankruptcy Appeal
ORGANOGENESIS INC.,  ) Civil Action No. 03-12311-GAO
  )
      Debtor.  )
  )

## STIPULATION OF DISMISSAL

This Stipulation is entered into as of the 21st day of May, 2004, between Organogenesis Inc., the reorganized debtor ("Reorganized Organogenesis" or the "Debtor") in the above-captioned case and the Massachusetts Institute of Technology ("MIT" and together with Reorganized Organogenesis, the "Parties"):

Pursuant to Fed. R. Bankr. P. 8001(c)(2), appellant Organogenesis Inc. and appellee The Massachusetts Institute of Technology hereby stipulate and agree that this appeal be dismissed without fees or costs.

| ORGANOGENESIS INC. | MASSACHUSETTS INSTITUTE OF TECHNOLOGY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Andrew Z. Schwartz | /s/ John G. Loughnane (by permission) |
| Andrew Z. Schwartz (BBO #544653) | John G. Loughnane (BBO #557599) |
| Joshua A. McGuire (BBO #651877) | Leslie Anne Hawes (BBO #600007) |
| FOLEY HOAG LLP | GADSBY HANNAH LLP |
| 155 Seaport Boulevard | 225 Franklin Street |
| Boston, MA 02210 | Boston, MA 02110 |
| Tel.: (617) 832-1000 | Tel.: (617) 345-7000 |
| Fax: (617) 832-7000 | Fax: (617) 204-8064 |
| bctnotices@foleyhoag.com | |
| Dated: May 21, 2004 | Dated: May 21, 2004 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>)<br>) | Bankruptcy Appeal |
| ORGANOGENESIS INC., )<br>) | Civil Action No. 03-12311-GAO |
| Debtor. )<br>) | |

### CERTIFICATE OF SERVICE

I, Joshua A. McGuire, hereby certify that, on this the 21st day of May, 2004, I caused true and accurate copies of the following:

1. Stipulation of Dismissal; and

2. this Certificate Of Service

to be delivered to the persons at the addresses set forth on the attached Service List in the manner indicated or otherwise by first class mail, postage prepaid.

Respectfully submitted,

ORGANOGENESIS INC.

By its attorneys,

_/s/ Joshua A. McGuire_
Joshua A. McGuire (BBO #651877)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel.: (617) 832-1000
Fax: (617) 832-7000

Dated: May 21, 2004

## Service List

| | | |
|---|---|---|
| Massachusetts Institute of Technology (BY HAND) | Gadsby Hannah, LLP 225 Franklin Street Boston, MA 02110 | Attn: John G. Loughnane |
| Official Committee of Unsecured Creditors (BY HAND) | Goulston & Storrs, PC 400 Atlantic Avenue Boston, MA 02110 | Attn: James F. Wallack, Esq. |
| United States Trustee for the Districts of Maine, Massachusetts and New Hampshire (BY HAND) | Office of the United States Trustee Department of Justice Room 1184 10 Causeway Street Boston, MA 02222 | Attn: Gary L. Donahue, Esq. |
| Post-Petition Investors (BY HAND) | Duane Morris LLP 470 Atlantic Avenue, Suite 500 Boston, MA 02210 | Attn: Paul D. Moore, Esq. |